**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: AMENDED AND RESTATED LIFETIME REVOCABLE TRUST AGREEMENT OF RICHARD M. MARCKS, A DECEASED PERSON | : No. 507 MAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>: |
| PETITION OF: SUSQUEHANNA TRUST AND INVESTMENT COMPANY | :<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.